UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL JOSEPH HIGHEAGLE,<br>Defendant. | CASE NO. MJ 26-550<br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

The United States District Court for the District of Idaho issued an arrest warrant and a Petition alleging Defendant violated the terms of his supervised release by failing to report in 2024 upon his release from imprisonment. Defendant reserved the issue of detention for the District of Idaho and did not contest detention pending his appearance in the District of Idaho.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 1st day of September, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge